IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02722-WDM-CBS

JAMES HILL, *et al.*,

    Plaintiffs,

v.

DONALD POPE, *et al.*,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant EMC Mortgage Corporation's "Motion for Extension of Time to Answer, Move or Otherwise Respond to Plaintiffs' Complaint" (*doc. no. 10)* is **GRANTED**. The deadline is extended to on or before **February 19, 2008**.

    IT IS FURTHER ORDERED that Defendants Charles Riley, Barber Real Estate, LLC, and Kevin Narans' "Unopposed Motion to Respond to Plaintiffs' Complaint" (*doc. no. 11)* is **GRANTED**. The deadline is extended to on or before **February 8, 2008**. Counsel is advised that all documents filed with the court shall be double spaced pursuant to D.C.COLOL.CIVR. 10.1E.

    IT IS FURTHER ORDERED that the "Proposed Order Granting Unopposed Motion" (*doc. no. 12)* is **DENIED** as unnecessary. Counsel is directed to review D.C. COLO. ECF. PROC. V.L for instructions on attaching proposed orders to motions.

    IT IS FURTHER ORDERED that parties' "Stipulation for Extension of Time to File Response to Plaintiffs' Complaint Pursuant to D.C.COLOL.CIVR. 6.1A" (*doc. no. 14)* (docketed as "Stipulated MOTION for Extension of Time to File Answer re [1] Complaint, Pursuant to D.D.COLO.LCivR 6.1A") is **GRANTED**. Defendants, Option One Mortgage Corp. ("Option One") and Wells Fargo, N.A.'s deadline to respond to the complaint is extended to on or before **February 25, 2008**.

**DATED:**    February 1, 2008