IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

FILED
UNITED STATES DISTRICT COURT
COLORADO

FEB 3 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02722-WDM-CBS

JAMES HILL AND
CONSTANCE HILL,

    Plaintiffs,

v.

DONALD POPE, et al.,

    Defendants.

## NOTICE OF DISMISSAL
## OF JOSEPH VAN DYKE AND EVERETTE VAN DYKE ONLY

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice as to Joseph Van Dyke and Evette Van Dyke only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on February 6, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL