IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-02722-WDM-CBS

JAMES HILL AND
CONSTACE HILL, et al.,

    Plaintiffs,

v.

DONALD POPE, et al,

    Defendants.

---

**NOTICE OF DISMISSAL AS TO
KEVIN NARANS AND BARBER REAL ESTATE, LLC ONLY**

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed without prejudice as to Kevin Narans and Barber Real Estate only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on April 28, 2008.

                                                    BY THE COURT:

                                                  s/ Walker D. Miller
                                                  United States District Judge

PDF FINAL