IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02722-WDM-CBS

JAMES HILL, *et al.*,

    Plaintiffs,

v.

DONALD POPE, *et al.*,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant Homecomings Financial, LLC's Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to Plaintiffs' First Amended Complaint (*doc. no. 135)* is **GRANTED**. The deadline is extended to on or before **June 30, 2008**.

    IT IS FURTHER ORDERED that Defendant Homecomings Financial, LLC's Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to Plaintiffs' First Amended Complaint (*doc. no. 134)* is MOOT.

**DATED:**    June 10, 2008