IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Case No. 07-cv-02722-WDM-CBS

JAMES HILL, et al.,

    Plaintiffs,

v.

DONALD POPE, et al.,

    Defendants.

_____

**ORDER FOR STAY DUE TO BANKRUPTCY
AS TO DEFENDANT PAUL T. PFEIFER ONLY**

_____

This matter is before me on the Notice of Bankruptcy and Automatic Stay as to Paul T. Pfeifer filed April 25, 2008. Pursuant to 11 U.S.C. § 362, *Fortier v. Dona Anna Plaza Partners*, 747 F.2d 1324, 1329-30 (10th Cir. 1984) this matter is stayed as to this defendant only pending the outcome of the bankruptcy proceedings.

DATED at Denver, Colorado, on July 7, 2008.

                BY THE COURT:

                s/ Walker D. Miller
                United States District Judge

PDF FINAL