IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-02722-WDM-CBS

JAMES HILL, et al.,

    Plaintiffs,

v.

DONALD POPE, et al.,

    Defendants.

---

### NOTICE OF DISMISSAL OF METRO DENVER TITLE, LLC ONLY

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice as to Metro Denver Title, LLC in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the amended complaint is dismissed with prejudice as to Metro Denver Title, LLC only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on July 10, 2008.

                                        BY THE COURT:


                                        s/ Walker D. Miller
                                        United States District Judge

PDF FINAL