IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-02722-WDM-CBS

JAMES HILL, et al.,

    Plaintiffs,

v.

DONALD POPE, et al.,

    Defendants.

---

**NOTICE OF DISMISSAL AS TO DEFENDANT STEARNS LENDING, INC. ONLY**

---

    The court takes notice of Plaintiff's Notice of Dismissal with Prejudice as to Defendant Stearns Lending, Inc. in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, this case is dismissed with prejudice as to Stearns Lending, Inc. only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on July 24, 2008.

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States District Judge