IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-02722-WDM-CBS (consolidated with 08-cv-00417-WDM-CBS)

JAMES HILL, et al.,

    Plaintiffs,

v.

DONALD POPE, et al.,

    Defendants.

---

**NOTICE OF DISMISSAL AS TO DEFENDANTS REPUBLIC MORTGAGE HOME LOANS, LLC AND NEW LINE MORTGAGE ONLY**

---

    The court takes notice of Plaintiff's Notice of Dismissal with Prejudice as to Defendants Republic Mortgage Home Loans, LLC and New Line Mortgage in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, this case is dismissed with prejudice as to Republic Mortgage Home Loans, LLC and New Line Mortgage only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on August 14, 2008.

                                                           BY THE COURT:

                                                           s/ Walker D. Miller
                                                           United States District Judge

PDF FINAL