IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02722-WDM-CBS
Consolidated with Civil Action No. 08-cv-00417-WDM

JAMES HILL, *et al.*,

    Plaintiffs,

v.

DONALD POPE, *et al.*,

    Defendants.

---

JAMES HILL, *et al.*

    Plaintiffs,

v.

AMERICA'S WHOLESALE LENDER, INC., *et al.*

    Defendants.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that all briefing on the following motions shall be STAYED (pending a final order as to Plaintiffs' Motion to Dismiss Without Prejudice):

    1.    Option One Mortgage Corporation's Motion to Dismiss First Amended Complaint and Demand for Jury Trial (*doc. # 79)*;
    2.    Stearns Lending, Inc.'s Motion to Dismiss (*doc. # 133)*;
    3.    Security National Mortgage Company's Motion to Dismiss (*doc. # 151)*;
    4.    Title Company of Denver, Inc.'s Motion to Dismiss (*doc. # 179)*; and
    5.    BNC Mortgage, LLC, Countrywide Home Loans, Inc., Greenpoint Mortgage Funding, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint (*doc. # 181)*.

IT IS FURTHER ORDERED that the various deadlines for parties to answer or otherwise respond to Plaintiffs' Amended Complaint shall also be STAYED, pending entry of a decision as to Plaintiffs' Motion to Dismiss.

IT IS FURTHER ORDERED that Defendants Countrywide, Greenpoint, BNC and Aurora's Third Unopposed Motion for Extension of Time (*doc. # 235)* is MOOT.

IT IS FURTHER ORDERED that Plaintiffs' Fourth Motion for Extension of Time to Respond (*doc. # 237)* is MOOT.

**DATED:** August 19, 2008