IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 07-CV-02722-WDM-CBS

JAMES HILL, et al.,

    Plaintiffs,

v.

DONALD POPE, et al.,

    Defendants.

---

**NOTICE OF DISMISSAL AS TO DEFENDANT TITLE COMPANY OF DENVER INC. ONLY**

---

    The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint against Title Company of Denver, Inc. is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on February 23, 2009

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States Senior District Judge